UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

v.

BIG WATER VIEW, LLC, a Nevada Limited Liability Company; CAPTAIN JON'S, LLC, a California Limited Liability Company; and Does 1-10,

    Defendants.

Case: 2:13-CV-02539-MCE-CKD

**NOTICE OF DISMISSAL & ORDER THEREON**

### ORDER

Pursuant to Plaintiff's notice of dismissal, ECF No. 5, the entire case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: May 21, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT